**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ROYAL WATER DAMAGE RESTORATION, INC. AS ASSIGNEE OF MATTHEW AND AMANDA VAN NOSTRAND,** : : : : : | |
| vs. : | NO: 2:21-cv-01332-KSM |
| **LIBERTY MUTUAL INSURANCE COMPANY** : : : | |

**STIPULATION AND AGREEMENT**

AND NOW this _____ day of _____, 2021, it is hereby STIPULATED by counsel for the plaintiff, Royal Water Damage Restoration, Inc. as Assignee of Matthew and Amanda Van Nostrand, Paul LaSalle, Esquire and Liberty Insurance Corporation, incorrectly designated Liberty Mutual Insurance Company, Pamela A. Carlos, Esquire, that the above-captioned action is remanded for all purposes to the Philadelphia County Court of Common Pleas.

By:  */s/ Paul L. LaSalle*
PAUL L. LaSALLE, ESQUIRE
Attorney for Plaintiff

By:  */s/ Pamela A. Carlos*
PAMELA CARLOS, ESQUIRE
Attorney for Defendant,
Liberty Insurance Corporation,
Incorrectly designated
Liberty Mutual Insurance Company

By the Court

_____
KAREN SPENCER MARSTON, J