IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROYAL WATER DAMAGE RESTORATION, INC.**, *As Assignee of Matthew and Amanda Van Nostrand*,<br><br>Plaintiff,<br><br>v.<br><br>**LIBERTY MUTUAL INSURANCE COMPANY,**<br><br>Defendant. | CIVIL ACTION<br><br>NO. 21-1332-KSM |

## ORDER

**AND NOW**, this 28th day of April, 2021, having considered the parties' Stipulation and Agreement to Remand (Doc. No. 10), and finding that the Court lacks subject matter jurisdiction over this case, it is **ORDERED** that pursuant to 28 U.S.C. § 1447(c), this action is **REMANDED** to the state court from which it was removed.

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.